IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-02495-RMR-MEH

**CYNTHIA D. LUCERO,** also known as Cindy Lucero,

    Plaintiff,

v.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**
referred to in this action sometimes as "Hartford," and also known and dba The Hartford,

**DPI SPECIALTY FOODS, INC**., a corporation, as the designated Plan Administrator,
referred to herein as "Dpi," dba Dpi Specialty Foods, and dba DPI Specialty Foods Rocky Mountain, Inc., a Colorado corporation, which is also a controlled subsidiary of Dpi, and

**THE DPI SPECIALTY FOODS EMPLOYEE WELFARE BENEFITS PLAN** (as to covered disability benefits), known for the purpose of this action as the "Plan,"

    Defendants.

---

**JOINT STATUS REPORT AND STIPULATED MOTION TO STAY ALL DEADLINES
PENDING THE COMPLETION OF SETTLEMENT DISCUSSIONS**

---

The parties, by and through their undersigned counsel, jointly provide the following status report and respectfully request that all case deadlines and activities be stayed until July 12, 2024, a period of 35-days, to allow the reasonable continuation of their settlement discussions:

    1.    <u>Mediation</u>: The parties participated in a day long mediation session on May 28, 2024, with Scott Maker, a neutral settlement conference mediator who is experienced in ERISA. Although the mediation session did not at that moment result in a settlement, positive steps were

1

taken and the parties have since been working diligently and in good faith towards a resolution. The parties have made considerable progress in negotiating a settlement and are presently working to develop mutually acceptable terms and conditions for a settlement agreement and release. The parties are optimistic that a settlement will soon be reached.

2. <u>Need for time to complete the ongoing negotiations</u>: The parties reasonably require additional time to complete their settlement negotiations. While the detailed negotiations continue, the parties to wish to avoid the time and expenses associated with upcoming case activities and motion deadlines. The parties also do not wish to unnecessarily burden the Court with case issues, should this matter soon result in a settlement.

3. <u>Stay of all deadlines and pending proceedings</u> and extension of deadline for Defendants to respond to <u>Plaintiff's Notice and Motion for Attorneys' Fees and Expenses Under ERISA ("Motion for Attorneys' Fees") (Doc. 71)</u>: The parties request the Court to hold rulings and suspend all deadlines in this civil action until July 12, 2024, a period of 35 days, while they complete their settlement discussions. If the parties reach a settlement agreement on or before July 12, 2024, they will immediately file a Notice of Settlement followed appropriately by their stipulation for dismissal. Otherwise, the parties propose that they provide a status report to the Court on or before July 12, 2024, and seek the appropriate rescheduling of remaining matters. The parties specifically request that, if a settlement is not reached, Defendants' deadline for their responses to Plaintiff's Motion for Attorneys' Fees, currently due on June 11, 2024, be extended to July 22, 2024.

4. This motion is made in good faith and not for purposes of vexation, harassment, or undue delay. Rather, the parties have shown good cause for the requested stay and extensions of deadlines to allow settlement discussions to conclude.

Respectfully submitted this 6th day of June, 2024.

/s/ Dennis P. Walker_____
Dennis P. Walker
**BOESEN LAW, LLC**
5675 DTC Blvd, Ste. 250
Denver, Colorado, 80111
Telephone: (303) 999-9999
Email: dwalker@boesenlaw.com
Attorneys for Plaintiff, Cynthia D. Lucero

NO OBJECTIONS/CONSENT - STIPULATED:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
By: __/s/ Cristin J. Mack_____
Cristin J. Mack
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314-802-3935
Facsimile: 314-802-3936
cristin.mack@ogletree.com
Attorneys for Defendants Hartford Life and the DPI Plan

GORDON, REES, SCULLY, MANSUKHANI, LLP
By: __/s/ Abigail H. Kregor_____
Abigail H. Kregor
555 Seventeenth Street, Suite 3400
Denver, CO 80202
D: 303-200-6842
akregor@grsm.com
Attorneys for Defendants DPI, as the Plan Administrator, and the DPI Plan

3

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Cristin J. Mack, Esq.**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314-802-3935
Facsimile: 314-802-3936
cristin.mack@ogletree.com
Attorney for Defendants Hartford Life and DPI The Plan

**Abigail H. Kregor, Esq**.
GORDON, REES, SCULLY, MANSUKHANI, LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
D: 303-200-6842
akregor@grsm.com
Attorney for Defendants DPI, as the Plan Administrator, and The Plan

                                                                */s/ Aimee Fitzsimmons*
                                                                Aimee Fitzsimmons, Paralegal